**Abatement Order filed August 30, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00509-CV
_____

**LARRY ALTON AND PATSY WILSON, Appellant**

**V.**

**DIARRA D. BLUE, D.V.M., MICHAEL E. LAVIGNE, D.V.M., AUBREY J. ROSS, II D.V.M. AND AMANDA WELLS, Appellee**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-07728**

## ABATEMENT ORDER

On August 2, 2016, appellants notified this court by letter that the parties had reached an agreement to settle the issues on appeal. The court notified all parties that if appellants wish to dismiss their appeal, they are requested to file a motion to dismiss that complies with Tex. R. App. P. 42.1. No motion has been filed. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's

active docket until **October 28, 2016**. The appeal will be reinstated on this court's active docket at that time, or when a motion to dismiss the appeal or other dispositive motion is filed, whichever is earlier. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM